**Motion Granted; Dismissed and Memorandum Opinion filed March 14, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00135-CV

**MILDRED BROOME, Appellant**

**V.**

**DOW CORNING CORPORATION, Appellee**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 1992-25394IL**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 29, 2013. On March 5, 2013, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.